455 A.2d 209

Commonwealth v. Gambill, Appellant.

Petition for Allowance of Appeal
Denied June 1, 1983.

Argued May 20, 1982. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The orders of June 23, 1981 and July 8, 1981 are affirmed.

455 A.2d 209

Commonwealth v. Jones, Appellant.

Submitted June 3, 1981. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, ROWLEY and MONTEMURO, JJ.

The judgment of sentence of the learned Berks County Common Pleas President Judge Grant E. Wesner is affirmed.